## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

LAFOND, MATTHEW

Debtor(s)

Case No. 19-21796
Chapter 7
Honorable DANIEL S. OPPERMAN

### MOTION FOR APPROVAL OF SETTLEMENT REGARDING DISPUTE IN A 2015 STARCRAFT 176 STARFISH

NOW COMES the Chapter 7 Trustee, Daniel C. Himmelspach, by and through his attorney, Daniel C. Himmelspach and for his Motion states as follows:

1. The Debtor(s) Matthew LaFond ("Debtor(s)") filed a voluntary Chapter 7 bankruptcy petition on September 12, 2019.

2. Daniel C. Himmelspach ("Trustee") is the acting Chapter 7 Trustee in this case.

3. The Trustee and System & Service Technologies, Inc., as servicer for Medallion Bank ("Bank") have entered into an Agreement to Settle a dispute over the Bank's security interest in a 2015 Starcraft 176 Starfish (VIN STR37389K415). (Stipulation attached)

4. Under that Agreement, the Estate will receive the sum of $4,000.00 from the Bank.

5. The Trustee believes that the $4,000.00 Settlement Payment is fair and reasonable compensation to the bankruptcy estate.

6. Federal Rule of Bankruptcy Procedure 9019(a) grants this Court authority to approve the Settlement Agreement upon Motion by the Trustee and Notice and a Hearing.

7. Federal Rule of Bankruptcy Procedure 9019 offers no guidance as to the criteria to be used in evaluating whether a Settlement should be approved, but Courts "uniformly have drawn from the language of the Supreme Court's decision in *TMT Trailer Ferry* in establishing a "fair and equitable" threshold for Settlement approval. "*In re Anderson*, 377 B.R. 865, 870 (B.A..P. 6th Cir 2007); *Protective Committee for Indep. Stockholders of TMT Trailer Ferry v. Anderson*, 390 U.S. 414, 424 (1968) ("The requirements….that plans of reorganization be both "fair and equitable", apply to compromises just as to other aspects of reorganizations.")

8. In considering a proposed compromise, the Court is charged with an affirmative obligation to apprise itself of the underlying facts and to make an independent judgment as to whether the compromise is fair and equitable. *Reynolds v. Commissioner*, 861 F. 2d 469, 473 (6th Cir. 1988).

9. The Court must also weigh factors such as the probability of success on the merits, the complexity and expense of litigation, and the reasonable views of creditors. *Bauer v. Commerce Union Bank*, 859 F.2d 438, 441 (6th Cir. 1988).

10. Compromises expedite the administration of the case, reduce administrative costs, and are favored in bankruptcy. *See Protective Comm. Of Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1968).

11. Courts in the Sixth Circuit have noted that "[s]ettlements in bankruptcy cases are favored by law." *Buckeye Check Cashing, Inc. v. Meadows,* 396 B.R. 485, 499 (6th Cir. (BAP) 2008) (*citing In re Cormier,* 382 B.R. 377, 400-01 (Bankr. W.D. Michigan, 2008))

12. If the Trustee does not settle this issue, it is anticipated that the cost to litigate the issues may exceed the amount in controversy.

13. The Trustee believes that this Settlement is fair and reasonable and it should be approved by the Court.

14. The Trustee believes that the proposed Settlement is in the best interest of the bankruptcy estate.

WHEREFORE, your Trustee requests that this Court approve the Settlement as set forth above and in accordance with the proposed order attached hereto as **Exhibit "1"**.

Dated: February 6, 2020

/s/ DANIEL C. HIMMELSPACH
DANIEL C. HIMMELSPACH(P31950)
Chapter 7 Trustee
PO Box 5856
Saginaw, MI 48603
Tel: (989) 790-0400
trusteehimmelspach@gmail.com

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

LAFOND, MATTHEW

Debtor(s)

Case No. 19-21796
Chapter 7
Honorable DANIEL S. OPPERMAN

## ORDER AUTHORIZING TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT REGARDING DISPUTE OVER 2015 STARCRAFT 176 STARFISH

This matter having come before the Court upon Motion of the Chapter 7 Trustee, seeking authority to Settle a dispute over the security interest of Medallion Bank, and

The Court having reviewed the Motion and having determined that the same was properly noticed pursuant to Local Rule and there having been no objections to the proposed settlement, and further that the settlement is in the best interest of the Estate.

NOW THEREFORE:

**IT IS HEREBY ORDERED** that the Chapter 7 Trustee, DANIEL C. HIMMELSPACH, is authorized to settle the dispute over Medallion Bank's security interest in the 2015 Starcraft 176 Starfish as set forth in his Motion for the sum of **$4,000.00.**

**IT IS FURTHER ORDERED** that Medallion Bank shall submit the payment of **$4,000.00** within 10 days of the date of this Order.

**IT IS FURTHER ORDERED** that this Settlement terminates any interest of the bankruptcy estate in the boat in question, VIN STR37389K415.

**"Exhibit 1"**

In the Matter of:

LAFOND, MATTHEW

Debtor(s)

Case No. 19-21796
Chapter 7
Honorable DANIEL S. OPPERMAN

## STIPULATION TO SETTLE DISPUTE REGARDING SECURITY INTEREST OF MEDALLION BANK

The Chapter 7 Trustee and Medallion Bank, by their respective counsel, stipulate as follows:

1. Trustee and Medallion Bank (through Systems & Services Technologies, Inc.) previously stipulated that the Bank did not have a security interest in a 2015 Starcraft 176 Starfish (VIN STR37389K415) at Docket 19, with an Order at Docket 20.

2. Notwithstanding, it appears there may be documentation supporting a security interest by the Bank.

3. To avoid further cost to the Bank and the estate, the Bank will pay the estate Four Thousand ($4,000.00) Dollars for any interest the estate may have in the boat.

4. Payment will be made within ten (10) days of the entry of an appropriate Order.

**WHEREFORE** the Trustee and Medallion Bank request the Court to approve this Settlement.

Date: February 6, 2020

/s/ DANIEL C. HIMMELSPACH
Daniel C. Himmelspach, (P31950)
Attorney for Chapter 7 Trustee
PO Box 5856
Saginaw, MI 48603
Tel: (989) 790-0400
attyhimmelspach@gmail.com

Dated: February 5, 2020

/s/ MOLLY SLUTSKY SIMONS
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
Attorneys for Medallion Bank
394 Wards Corner Road, Ste. 180
Loveland, OH 45140
Tel: (513) 444-4100
bankruptcy@sottileandbarile.com

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

| In the Matter of:<br>LAFOND, MATTHEW<br><br>Debtor(s) | Case No. 19-21796<br>Chapter 7<br>Honorable DANIEL S. OPPERMAN |
|---|---|

## NOTICE OF TRUSTEE'S MOTION FOR APPROVAL TO SETTLE DISPUTE OVER 2015 STARCRAFT 176 STARFISH

CHAPTER 7 TRUSTEE, Daniel C. Himmelspach, has filed a Motion with the Court for Settlement regarding a dispute over Medallion Bank's security interest.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant relief sought in the Motion, or if you want the court to consider your views on the Motion, within Twenty-one (21) days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

   U.S. Bankruptcy Court
   111 First Street,
   Bay City, Michigan, 48708

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:
   Daniel C. Himmelspach
   Attorney at Law
   PO Box 5856
   Saginaw, MI 48603

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection or may enter an order granting relief.**

| Dated: February 6, 2020 | /s/ DANIEL C. HIMMELSPACH<br>DANIEL C. HIMMELSPACH(P31950)<br>Chapter 7 Trustee<br>PO Box 5856<br>Saginaw, MI 48603<br>Tel: (989) 790-0400<br>trusteehimmelspach@gmail.com |
|---|---|

(Response or answer must comply with F.R. Civ. P. 8(b), (c) and (e))

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

LAFOND, MATTHEW

              Debtor(s)

Case No. 19-21796
Chapter 7
Honorable DANIEL S. OPPERMAN

## CERTIFICATE OF SERVICE

     I hereby certify that on February 6, 2020, I forwarded a copy of the Motion for Approval of Settlement Regarding Dispute in 2015 Starcraft 176 Starfish and Notice, by first class mail to all entities on the attached matrix.

Dated: February 6, 2020

/s/ **KIMBERLY A. HOSPODAR**
KIMBERLY A. HOSPODAR (P31950)
Chapter 7 Trustee Assistant
PO Box 5856
Saginaw, MI 48603
Telephone: (989) 790-0400
trusteehimmelspach@gmail.com

```
Label Matrix for local noticing          ELGA Credit Union                        74th District Court
0645-1                                   c/o Chadd A. O'Brien-General Counse      1230 Washington Ave
Case 19-21796-dob                        2305 S. Center Road                      Bay City, MI 48708-5737
Eastern District of Michigan             Burton, MI 48519-1147
Bay City
Wed Feb  5 13:37:16 EST 2020

Allianceone Recvbles M                   Attorney General                         Capital One Bank Usa N
4850 E Street Rd Ste 300                 Law Building                             Po Box 30281
Trevose, PA 19053-6643                   525 Ottawa                               Salt Lake City, UT 84130-0281
                                         Lansing, MI 48913-0001


Citibank/Indigo                          El Ga Credit Union                       (p)FIRST SAVINGS BANK
PO Box 4499                              2303 S Center Rd                         PO BOX 5096
Beaverton, OR 97076-4499                 Burton, MI 48519-1147                    SIOUX FALLS SD 57117-5096



(p)INTERNAL REVENUE SERVICE              Lvnv Funding Llc                         Merchants Credit Guide
CENTRALIZED INSOLVENCY OPERATIONS        C/o Resurgent Capital Services           223 W Jackson St
PO BOX 7346                              PO Box 10497                             Chicago, IL 60606-6914
PHILADELPHIA PA 19101-7346               Greenville, SC 29603-0497



Merrick Bank Corp                        Michigan Department of Treasury          Pyod Llc
Po Box 9201                              Collection Division/Bankruptcy Unit      C/o Resurgent Capital Services
Old Bethpage, NY 11804-9001              P. O. Box 30168                          PO Box 10497
                                         Lansing, MI 48909-7668                   Greenville, SC 29603-0497



Sst/medallion                            Stenger & Stenger                        U.S. Attorney
4315 Pickett Rd                          2618 E Paris Ave SE                      Attn: Civil Division (IRS)
Saint Joseph, MO 64503-1600              Grand Rapids, MI 49546-2458              101 First Street
                                                                                  Ste. 200
                                                                                  Bay City, MI 48708-5747


U.S. Trustee                             Daniel Himmelspach                       Kimberly A. Kramer
211 West Fort Street                     P.O. Box 5856                            Kimberly Kramer, PLC
Ste. 700                                 Saginaw, MI 48603-0856                   916 Washington Ave.
Detroit, MI 48226-3263                                                            Suite 320
                                                                                  Bay City, MI 48708-5723


Matthew D LaFond
1212 1/2 W Jenny
Bay City, MI 48706-2954
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Fsb Blaze                                IRS                                      (d)Internal Revenue Service
5501 S Broadband Lane                    PO BOX 330500                            PO Box 21126
Sioux Falls, SD 57108                    DETROIT, MI 48232                        Philadelphia, PA 19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Systems & Services Technologies, Inc. | (u)Becki Wiedyk-LaFond | End of Label Matrix<br>Mailable recipients 21<br>Bypassed recipients 2<br>Total 23 |