# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

In the Matter of:

LAFOND, MATTHEW

Debtor(s)

Case No. 19-21796
Chapter 7
Honorable DANIEL S. OPPERMAN

## ORDER AUTHORIZING TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT REGARDING DISPUTE OVER 2015 STARCRAFT 176 STARFISH

This matter having come before the Court upon Motion of the Chapter 7 Trustee, seeking authority to Settle a dispute over the security interest of Medallion Bank, and

The Court having reviewed the Motion and having determined that the same was properly noticed pursuant to Local Rule and there having been no objections to the proposed settlement, and further that the settlement is in the best interest of the Estate.

NOW THEREFORE:

**IT IS HEREBY ORDERED** that the Chapter 7 Trustee, DANIEL C. HIMMELSPACH, is authorized to settle the dispute over Medallion Bank's security interest in the 2015 Starcraft 176 Starfish as set forth in his Motion for the sum of **$4,000.00.**

**IT IS FURTHER ORDERED** that Medallion Bank shall submit the payment of **$4,000.00** within 10 days of the date of this Order.

**IT IS FURTHER ORDERED** that this Settlement terminates any interest of the bankruptcy estate in the boat in question, VIN STR37389K415.

**Signed on March 4, 2020**



/s/ Daniel S. Opperman

**Daniel S. Opperman**
**United States Bankruptcy Judge**