**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | § | Case No. 19-21796-DOB |
| | § | |
| MATTHEW D LAFOND | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Daniel C. Himmelspach, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $15,555.00 |
| Total Distributions to Claimants: | $769.50 | Claims Discharged Without Payment: | $12,326.14 |
| Total Expenses of Administration: | $3,230.50 | | |

3) Total gross receipts of $4,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $27,725.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,230.50 | $3,230.50 | $3,230.50 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $12,026.09 | $12,249.64 | $12,249.64 | $769.50 |
| **Total Disbursements** | $39,751.09 | $15,480.14 | $15,480.14 | $4,000.00 |

4). This case was originally filed under chapter 7 on 09/12/2019. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/05/2020     By: /s/ Daniel C. Himmelspach
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Make: 17 1/2' Model: Starcraft Year: 2015 | 1129-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | El Ga Credit Union | 4110-000 | $3,454.00 | $0.00 | $0.00 | $0.00 |
| | Sst/medallion | 4110-000 | $24,271.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$27,725.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation p/o 7/7/20, Trustee | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Trustee Expenses p/o 7/7/20, Trustee | 2200-000 | NA | $100.50 | $100.50 | $100.50 |
| Daniel C. Himmelspach, Attorney for Trustee | 3110-000 | NA | $2,130.00 | $2,130.00 | $2,130.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,230.50** | **$3,230.50** | **$3,230.50** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Becki Wiedyk-LaFond | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $619.00 | $619.67 | $619.67 | $38.92 |
| 2 | MERRICK BANK | 7100-000 | $2,983.00 | $2,983.98 | $2,983.98 | $187.45 |
| 3 | LVNV Funding, LLC | 7100-000 | $765.00 | $776.14 | $776.14 | $48.76 |
| 4 | Intercoastal Financial, LLC as agent | 7100-000 | $891.09 | $891.09 | $891.09 | $55.98 |
| 5 | PYOD, LLC | 7100-000 | $5,922.00 | $6,978.76 | $6,978.76 | $438.39 |
|  | Allianceone Recvbles M | 7100-000 | $699.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank/Indigo | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Fsb Blaze | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Merchants Credit Guide | 7100-000 | $147.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $12,026.09 | $12,249.64 | $12,249.64 | $769.50 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 19-21796-DSO | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|
| Case Name: | LAFOND, MATTHEW D | Date Filed (f) or Converted (c): | 09/12/2019 (f) |
| For the Period Ending: | 11/5/2020 | §341(a) Meeting Date: | 10/16/2019 |
| | | Claims Bar Date: | 05/05/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2008 Dodge Ram 1500 | $4,000.00 | $0.00 | | $0.00 | FA |
| 2  Make: 17 1/2' Model: Starcraft Year: 2015 | $12,000.00 | $4,000.00 | | $4,000.00 | FA |
| 3  Misc. household goods & furnishings | $6,500.00 | $0.00 | | $0.00 | FA |
| 4  Misc. music & media | $400.00 | $0.00 | | $0.00 | FA |
| 5  Misc. books & knick knacks | $400.00 | $0.00 | | $0.00 | FA |
| 6  Rifle | $150.00 | $0.00 | | $0.00 | FA |
| 7  Standard family clothing | $500.00 | $0.00 | | $0.00 | FA |
| 8  Misc. personal and costume jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 9  PNC | $100.00 | $0.00 | | $0.00 | FA |
| 10  Elga Credit Union | $5.00 | $0.00 | | $0.00 | FA |
| 11  Pro-rated 2019 tax refund Federal & State | $3,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$27,555.00     $4,000.00     $4,000.00     $0.00

**Major Activities affecting case closing:**

03/30/2020   Trustee settled title issue regarding 2015 StarCraft and TFR will follow.
10/23/2019   Case open to investigate perfection of liens regarding 2008 Dodge Ram and 2015 17 1/2' StarCraft.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/16/2020 | /s/ DANIEL C. HIMMELSPACH |
| **Current Projected Date Of Final Report (TFR):** | 03/30/2020 | |

DANIEL C. HIMMELSPACH
Chapter 7 Trustee
PO Box 5856
Saginaw, MI 48603
Tel: (989) 790-0400
trusteehimmelspach@gmail.com

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 19-21796-DSO | Trustee Name: Daniel C. Himmelspach |
| Case Name: | LAFOND, MATTHEW D | Bank Name: Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5955 | Checking Acct #: ******9601 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 9/12/2019 | Blanket bond (per case limit): $2,000,000.00 |
| For Period Ending: | 11/5/2020 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/19/2020 | (2) | Systems & Svcs Tech, Inc. | Settlement Proceeds | 1129-000 | $4,000.00 | | $4,000.00 |
| 07/07/2020 | 3001 | Daniel C. Himmelspach, Trustee | Trustee Compensation and Trustee Expenses p/o 7/7/20 | * | | $1,100.50 | $2,899.50 |
| | | | Trustee Compensation p/o 7/7/20  $(1,000.00) | 2100-000 | | | $2,899.50 |
| | | | Trustee Expenses p/o 7/7/20  $(100.50) | 2200-000 | | | $2,899.50 |
| 07/07/2020 | 3002 | Daniel C. Himmelspach | Attorney for Trustee Compensation p/o 7/7/20 | 3110-000 | | $2,130.00 | $769.50 |
| 07/07/2020 | 3003 | Capital One Bank (USA), N.A. | Claim #: 1; | 7100-000 | | $38.92 | $730.58 |
| 07/07/2020 | 3004 | MERRICK BANK | Claim #: 2; | 7100-000 | | $187.45 | $543.13 |
| 07/07/2020 | 3005 | LVNV Funding, LLC | Claim #: 3; | 7100-000 | | $48.76 | $494.37 |
| 07/07/2020 | 3006 | Intercoastal Financial, LLC as agent | Claim #: 4; | 7100-000 | | $55.98 | $438.39 |
| 07/07/2020 | 3007 | PYOD, LLC | Claim #: 5; | 7100-000 | | $438.39 | $0.00 |
| | | | TOTALS: | | $4,000.00 | $4,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,000.00 | $4,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,000.00 | $4,000.00 | |

**For the period of 9/12/2019 to 11/5/2020**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/19/2020 to 11/5/2020**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-21796-DSO | **Trustee Name:** | Daniel C. Himmelspach |
| **Case Name:** | LAFOND, MATTHEW D | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5955 | **Checking Acct #:** | ******9601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 9/12/2019 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 11/5/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,000.00 | $4,000.00 | $0.00 |

**For the period of 9/12/2019 to 11/5/2020**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/12/2019 to 11/5/2020**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DANIEL C. HIMMELSPACH

DANIEL C. HIMMELSPACH
Chapter 7 Trustee
PO Box 5856
Saginaw, MI 48603
Tel: (989) 790-0400
trusteehimmelspach@gmail.com